UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------x
DOUGLAS A. WILSON, Individually and on behalf of
all others similarly situated,

               Plaintiff,               Civil Action No. 03-cv-11883 (RGS)

  - against -

MICROFINANCIAL INCORPORATED., PETER
R. BLEYLEBEN, RICHARD F. LATOUR and
JAMES R. JACKSON, JR.,
               Defendants.
---------------------------------------------------------------------x

**STIPULATION AND ORDER EXTENDING TIME TO SERVE**
**AMENDED COMPLAINT AND ANSWER, MOVE, OR OTHERWISE RESPOND**

    IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, subject to the approval of the Court, that Plaintiffs' time to serve the Consolidated and Amended Complaint is extended up to and including April 21, 2004 and Defendants' time to respond is extended to June 9, 2004.

Dated: April 1, 2004

| | |
|---|---|
| **SHAPIRO, HABER & URMY** | **EDWARDS & ANGELL, LLP** |
| /s/Theodore M. Hess-Mahan | /s/John J. Tumilty |
| Thomas G. Shapiro BBO #454680 | John Tumilty BBO #560017 |
| Theodore M. Hess-Mahan BBO #557109 | 101 Federal Street |
| 75 State Street | Boston, MA 02110 |
| Boston MA 02109 | (617) 439-4444 |
| (617) 439-3939 | |
| | Attorneys for Defendants |

**CAULEY GELLER BOWMAN & RUDMAN LLP**

Samuel H. Rudman
Russell J. Gunyan
200 Broadhollow Road, Suite 406
Melville, New York 11747

**SCHIFFRIN & BARROWAY**

Marc A. Topaz
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Attorneys for Plaintiff


SO ORDERED:_____    _____ ,
                                                                                                     U.S. District Court Judge