# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS A. WILSON, Individually and On Behalf of All Others Similarly Situated, </br></br>Plaintiff, </br></br>v. </br></br>MICROFINANCIAL INCORPORATED., PETER R. BLEYLEBEN, RICHARD F. LATOUR And JAMES R. JACKSON, JR., </br></br>Defendants | **CIVIL ACTION NO.** </br>1:03-cv-11883-RGS |

## NOTICE OF APPEAL

Notice is hereby given that Louisiana State Employees' Retirement System and Hardy W. Hall, Lead Plaintiffs in the above action, hereby appeal to the United States Court of Appeals for the First Circuit from an Order of Dismissal entered in this case on June 14, 2006.

Dated: July 12, 2006                           Respectfully Submitted,

**/s/Theodore M. Hess-Mahan**
Thomas G. Shapiro BBO #454680
Theodore M. Hess-Mahan BBO #557109
**SHAPIRO HABER & URMY LLP**
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 439-3939
Fax: (617) 439-0134

*Local Counsel for Plaintiffs*

Samuel H. Rudman
**LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP**
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367-7100

Marc I. Willner
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

*Co-Lead Counsel for Plaintiffs*

### Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 12, 2006.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan