# MANDATE

# United States Court of Appeals
## For the First Circuit

*[handwritten: 03-11883 massachusetts R. Stearns]*

No. 06-2186

DOUGLAS A. WILSON, individually and on behalf of all others similarly situated

Plaintiff

HARDY W. HALL; LOUISIANA STATE EMPLOYEES' RETIREMENT SYSTEM

Plaintiffs - Appellants

v.

MICROFINANCIAL, INCORPORATED; PETER R. BLEYLEBEN; RICHARD F. LATOUR; JAMES R. JACKSON, JR.; DELOITTE & TOUCHE, LLP; BRIAN E. BOYLE

Defendants - Appellees

### JUDGMENT

Entered: December 11, 2006
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*Jennifer Calardo*
Deputy Clerk

Date: 12.11.06

[cc: David A. Rosenfeld, Esq., Russell J. Gunyan, Esq., Marc I. Willner, Esq., Richard A. Maniskas, Esq., Gregory M. Castaldo, Esq., Theodore M. Hess-Mahan, Esq., Thomas G. Shapiro, Esq., Samuel H. Rudman, Esq., Barbara L. Moore, Esq., John Joseph Tumilty, Esq., Richard John McCarthy, Esq., Dale E. Barnes, Esq., Donn P. Pickett, Esq., Jonathan E. Sommer, Esq., Jordan D. Hershman, Esq., Steven W. Hansen, Esq., William R. Harb, Esq., Jennifer L. Holden, Esq., Jason D. Frank, Esq.]